| | |
|---|---|
| 1 | Jodi K. Swick No. 228634 |
| | Charan M. Higbee No. 148293 |
| 2 | **McDOWELL HETHERINGTON LLP** |
| | 1 Kaiser Plaza, Suite 340 |
| 3 | Oakland, CA 94612 |
| | Telephone: 510.628.2145 |
| 4 | Facsimile: 510.628.2146 |
| | Email: jodi.swick@mhllp.com |
| 5 | charan.higbee@mhllp.com |

Attorneys for Defendant AMERICAN GENERAL LIFE INSURANCE COMPANY, for itself and as successor in interest to erroneously named defendant AIG LIFE INSURANCE COMPANY

JS-6

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD RENARD TILLMAN, | Case No. 2:19-cv-07650-FMO (JCx) |
| Plaintiff, | **ORDER RE STIPULATION [17] TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY; AIG LIFE INSURANCE COMPANY; and DOES 1 through 100, inclusive, | Removal Filed: September 4, 2019 |
| Defendants. | |

The Court, upon consideration of the Stipulation to Dismiss Entire Action with Prejudice, dated January 8, 2020, and good cause appearing therefore, now orders as follows:

This action hereby is dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorney's fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: January 9, 2020

_____/s/_____
Fernando M. Olguin
United States District Judge